Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

IN UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHARLETE SNEED<br><br>Petitioner<br><br>Vs.<br><br>US BANK NATIONAL ASSOCIATION,<br><br>Respondent. | Case No. ED CV 08-00408 (SGL)<br><br>State Case No. UDFS 800252<br><br>[~~PROPOSED~~] ORDER REMANDING THIS CASE TO THE SUPERIOR COURT<br><br>State Court Action Filed: February 2, 2008<br><br>Action Removed to this Court: March 26, 2008<br><br>Date: July 7, 2008<br>Time: 10:00 a.m.<br>Dept: 1<br>Courtroom: Hon. Stephen G. Larson |

On March 26, 2008, Petitioner Charlotte Sneed ("Sneed") filed a notice of removal from the State of California, Superior Court for the County of San Bernardino. On May 27,

-1-

[~~PROPOSED~~] ORDER REMANDING THIS CASE TO THE SUPERIOR COURT

2008, Respondent US Bank National Association ("US Bank") filed an Ex Parte Application for Order Shortening Time for Hearing on Motion for Remand. On June 16, 2008, the Court granted US Bank's Ex Parte Application for Order Shortening Time. Pursuant to the Court's Order, Sneed was to file her Opposition to US Bank's Motion for Remand no later than June 20, 2008. US Bank was to file its Reply to Sneed's Opposition, if any, no later than June 27, 2008. On June 16, 2008, US Bank filed its motion to remand case to the Superior Court for the County of San Bernardino.

Having reviewed Sneed's notice of removal and US Bank's motion to remand case, and any opposition thereto, the Court finds that it does not have subject matter jurisdiction over this action and the removal is procedurally defective. The Court therefore will remand the case to the San Bernardino Superior Court, Fontana Division.

Accordingly, the above-captioned case is REMANDED to the Superior Court for the County of San Bernardino, case no. UDFS800252. The Clerk of the Court is directed to return the case to the state court forthwith and to close this action.

IT IS SO ORDERED.

Date: 7-11-08

STEPHEN LARSON
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER REMANDING THIS CASE TO THE SUPERIOR COURT